UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDON JOHNSON,<br><br>Petitioner,<br><br>v.<br><br>EL DORADO COUNTY SHERIFFS,<br><br>Respondent. | No. 2:23-cv-01169-EFB (HC)<br><br><br><br>ORDER |

     Mr. Johnson is a state prisoner proceeding without counsel. His initial filing in this action is styled, "Petition for Writ of Mandate/Prohibition." ECF No. 1. Therein, he requests that this action "be held in abeyance in order to allow [him] to file a civil complaint." *Id.* at 3. If Mr. Johnson wishes to commence a civil action, he must file a complaint. *See* Fed. R. Civ. P. 3. A complaint must contain a short and plain statement of the plaintiff's claim, showing that he is entitled to relief. Fed. R. Civ. P. 8. It must also contain a caption including the names of all defendants. Fed. R. Civ. P. 10(a). Mr. Johnson may draft his claims on the form complaint used by this court.

     Accordingly, it hereby is ORDERED that:

1. The Clerk of the Court shall send to Mr. Johnson the form complaint used in this court for prisoners seeking relief pursuant to 42 U.S.C. § 1983;

/////

1

2. Within 30 days from the date of service of this order, Mr. Johnson shall submit a complaint stating the nature of the action and his belief that he is entitled to redress; and

3. Failure to so comply may result in the dismissal of this action.

DATED: June 22, 2023.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE